FILED
JAN 11 1988
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR87-422(A). |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [18 U.S.C. § 3142(i)] |
| RENE MARTIN VERDUGO- ) | |
| URQUIDES ) | |
| Defendant. ) | |

I.

A. (X) On motion of the Government involving an alleged

    1. (X) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

///
///
///

-1-

```
    B.  On motion ( ) (by the Government)/( ) (by the Court sua
        sponte involving)
            1.  (✗) serious risk defendant will flee;
            2.  ( ) serious risk defendant will
                a.  ( ) obstruct or attempt to obstruct
                        justice;
                b.  ( ) threaten, injure, or intimidate a
                        prospective witness or juror or
                        attempt to do so;
                              II.
    The Court finds no condition or combination of conditions
will reasonably assure:
    A.  (✗) appearance of defendant as required;
                    and/or
    B.  ( ) safety of any person or the community;
                              III.
The Court has considered:
    A.  (✗) the nature and circumstances of the offense;
    B.  (✗) the weight of evidence against the defendant;
    C.  (✗) the history and characteristics of the defendant;
    D.  (✗) the nature and seriousness of the danger to any
            person or to the community.
                              IV.
The Court concludes:
    A.  (✓) Defendant poses a risk to the safety of other per-
            sons or the community because: Involved
```

in large scale crime, al enterprise Under detention order in S.D. Cal.

B. (✓) History and characteristics indicate a serious risk that defendant will flee because:

_not legally in U.S._

C. ( ) A serious risk exists that defendant will:

1. ( ) obstruct or attempt to obstruct justice;
2. ( ) threaten, injure or intimidate a witness/juror;
3. ( ) attempt to threaten, injure or intimidate a witness/juror;

Because: _____

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons being held pending appeal.

///
///
///

-3-

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsél.

DATED: Jan. 11, 1988.

_____
U. S. MAGISTRATE/DISTRICT JUDGE